**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-50552 |
| Plaintiff - Appellee, | D.C. No. 2:12-cr-00423-MWF |
| v. | |
| ALFREDO SANDOVAL-SANCHEZ, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
Michael W. Fitzgerald, District Judge, Presiding

Submitted May 13, 2014[**]

Before:      CLIFTON, BEA, and WATFORD, Circuit Judges.

Alfredo Sandoval-Sanchez appeals from the district court's judgment and

challenges his guilty-plea conviction and 57-month sentence for possession with

intent to distribute at least 100 kilograms of marijuana, in violation of 21 U.S.C.

§ 841(a)(1), (b)(1)(B)(vii), and 18 U.S.C. § 2.  Pursuant to *Anders v. California*,

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

386 U.S. 738 (1967), Sandoval-Sanchez's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Sandoval-Sanchez the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Sandoval-Sanchez waived his right to appeal his conviction, with the exception of an appeal based on a claim that his plea was involuntary. He also waived the right to appeal five specified issues related to his sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief as to the voluntariness of Sandoval-Sanchez's plea or any sentencing issue outside the scope of the sentencing appeal waiver. We therefore affirm as to those issues. We dismiss the remainder of the appeal in light of the valid appeal waivers. *See United States v. Watson*, 582 F.3d 974, 988 (9th Cir. 2009).

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED in part; DISMISSED in part.**